DENNIS S. WAKS, Bar #142581
Federal Defender
LEXI NEGIN, Bar #
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
STEPHON LAMAR WILLIAMS

FILED



JAN 1 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
STEPHON LAMAR WILLIAMS
Defendant.

No. CR-S-05-477-EJG

STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; PROPOSED ORDER

Judge: Hon. Edward J. Garcia

This case is currently scheduled for a status conference on January 13, 2006. The attorneys for both parties have conferred and agree that additional time is needed to continue discussions and have further meetings relating to a disposition by plea agreement. Once the discussions and meetings are complete, the parties will finalize the terms of a plea agreement in this case and Mr. Williams' undersigned counsel will need additional time to go over the agreement with him.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January

13, 2006, be continued until February 24, 2006. In addition, the parties stipulate that the time period from January 13, 2006, to February 24, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: January 9, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/Anne Pings
ANNE PINGS
Assistant U.S. Attorney
Attorney for United States

QUIN DENVIR
Federal Defender

/s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorney for STEPHON L. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

STEPHON LAMAR WILLIAMS Defendant.

No. CR-S-05-477-EJG

ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME

For the reasons set forth in the stipulation of the parties, filed on January 9, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for January 13, 2006, be continued until Friday, February 24, 2006, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 9, 2006, stipulation, the time under the Speedy Trial Act is excluded from January 9, 2006, through February 24, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: January 10, 2006

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE