```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
STEPHON LAMAR WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-477-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER TO |
| ) | CONTINUE STATUS HEARING |
| v. ) | |
| ) | |
| STEPHON LAMAR WILLIAMS ) | |
| ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

     This case is currently scheduled for a status hearing on February 24, 2006.  The attorneys for both parties have conferred and agree that additional time is needed to continue discussions and have further meetings relating to a disposition by plea agreement.  Once the discussions and meetings are complete, the parties will finalize the terms of a plea agreement in this case and Mr. Williams' undersigned counsel will need additional time to go over the agreement with him.

     The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for February 24, 2006, be continued until March 24, 2006. In addition, the parties stipulate that the time period from February 24, 2006, to March 24, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: February 21, 2006

        Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| /s/Anne Pings | /s/ Lexi Negin |
| ANNE PINGS | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for STEPHON L. WILLIAMS |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-477-EJG |
| Plaintiff, ) | |
| v. ) | PROPOSED ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| STEPHON LAMAR WILLIAMS ) | |
| Defendant. ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on February 17, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for February 24, 2006, be continued until Friday, March 24, 2006, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 17, 2006, stipulation, the time under the Speedy Trial Act is excluded from February 24, 2006, through March 24, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February  17 , 2006          /s/ Edward J. Garcia
                                     EDWARD J. GARCIA
                                     UNITED STATES DISTRICT JUDGE

2