DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
STEPHON LAMAR WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-477-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS HEARING |
| v. ) | |
| ) | |
| STEPHON LAMAR WILLIAMS ) | |
| ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

This case is currently scheduled for a status hearing on May 19, 2006. The attorneys for both parties have conferred and agree that additional time is needed to continue ongoing discussions and have further ongoing meetings relating to a disposition by plea agreement in this case. Once the discussions and further meetings are complete, the parties will finalize the terms of a plea agreement in this case and Mr. Williams' undersigned counsel will need additional time to go over the agreement with him.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 19, 2006, be continued until June 9, 2006. In addition, the parties stipulate that the time period from May 19, 2006, to June 9, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

1

A proposed order is attached and lodged separately for the court's convenience.

DATED:May 18, 2006

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

 /s/Anne Pings                             /s/ Lexi Negin
ANNE PINGS                              LEXI NEGIN
Assistant U.S. Attorney                 Assistant Federal Defender
Attorney for United States              Attorney for STEPHON L. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHON LAMAR WILLIAMS<br><br>　　　　　Defendant.<br>_____ | No. CR-S-05-477-EJG<br><br><br><br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

　　　　For the reasons set forth in the stipulation of the parties, filed on May 17, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for May 19, 2006, be continued until Friday, June 9, 2006, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 17, 2006, stipulation, the time under the Speedy Trial Act is excluded from May 19, 2006, through June 9, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:    May 18, 2006　　　　　　　　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2