```
McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHON L. WILLIAMS, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. S-05-477-EJG <br><br> STIPULATION & ORDER <br> SETTING STATUS HEARING |

It is hereby stipulated and agreed, by and between the defendant Stephon Williams, by and through his counsel, Lexi Negin, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the previously set status hearing date of June 30, 2006, and to set a new status hearing date of <u>July 21, 2006, at 10:00 a.m</u>.

Unfortunately, the assigned prosecutor will be out of the country on June 30, 2006. On the last court date, when the June 30 date was selected the assigned prosecutor was in another courtroom for three sentencings. The AUSA who stood in for her in this court

-1-

1 apparently misinterpreted the request to pick a status hearing date
2 "any time after July 7."
3     The availability of the proposed date of July 21 has been
4 verified with the Court's clerk.
5     The parties assure the Court that they are working diligently
6 investigating matters that will likely lead to a disposition in this
7 matter.  The parties continue to agree that time should be excluded
8 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation
9 of counsel) in that the ends of justice served by allowing
10 defendant's counsel time to conduct investigation in a manner she
11 believes necessary to provide effective representation at trial
12 outweigh the best interest of the public and the defendant in a
13 speedy trial.

14 DATED: June 10, 2006                    Respectfully submitted,

15                                       McGREGOR W. SCOTT
16                                       United States Attorney

17                                       /s/ Anne Pings
18                                       ANNE PINGS
                                      Assistant United States Attorney
19
20                                       /s/ Anne Pings
21                                       For Lexi Negin
22                                       Counsel for Defendant Williams

23     **IT IS SO ORDERED**.
24 Dated: June 12, 2006
25
26                                       /s/ Edward J. Garcia
                                      HON. EDWARD J. GARCIA
27                                       UNITED STATES DISTRICT JUDGE