1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   LEXI NEGIN D.C. Bar # 446153
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant
    STEPHON LAMAR WILLIAMS

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR-05-477-EJG
                                     )
12               Plaintiff,          )   STIPULATION AND ORDER TO CONTINUE
                                     )   STATUS HEARING
13        v.                         )
                                     )
14  STEPHON LAMAR WILLIAMS           )
                                     )
15               Defendant.          )   Judge: Hon.Edward J. Garcia
                                     )
16  _____ )

            This case is currently scheduled for a status hearing on September 8, 2006.  The attorneys for both
17
    parties have conferred and agree that additional time is needed to continue ongoing discussions and have
18
    further ongoing meetings relating to a disposition by plea agreement in this case.  Once the discussions and
19
    further meetings are complete, the parties will finalize the terms of a plea agreement in this case and Mr.
20
    Williams' undersigned counsel will need additional time to go over the agreement with him.
21
            The parties, through their respective counsel, hereby stipulate and agree that the status conference
22
    scheduled in this case for September 8, 2006, be continued until October 13, 2006.  In addition, the parties
23
    stipulate that the time period from September 8, 2006, to October 13, 2006, be excluded under the Speedy
24
    Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel
25
    with the reasonable time to prepare.
26
            A proposed order is attached and lodged separately for the court's convenience.
27

28                                          1

DATED:September 7, 2006

                Respectfully submitted,

McGREGOR W. SCOTT            DANIEL BRODERICK
United States Attorney              Federal Defender


 /s/Anne Pings                      /s/ Lexi Negin
ANNE PINGS                    LEXI NEGIN
Assistant U.S. Attorney          Assistant Federal Defender
Attorney for United States        Attorney for STEPHON L. WILLIAMS

1

1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4    UNITED STATES OF AMERICA,                )    No. CR-S-05-477-EJG
                                              )
5                    Plaintiff,               )
                                              )
6          v.                                 )    PROPOSED ORDER CONTINUING STATUS
                                              )    CONFERENCE AND EXCLUDING TIME
7    STEPHON LAMAR WILLIAMS                    )
                                              )
8                    Defendant.               )
                                              )
9    _____        )

10

11         For the reasons set forth in the stipulation of the parties, filed onSeptember 7, 2006, IT IS HEREBY

12   ORDERED that the status conference currently scheduled for September 8, 2006, be continued until

13   Friday, October 13, 2006, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a

14   continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT

15   IS HEREBY ORDERED that, for the reasons stated in the parties' September 7, 2006 stipulation, the time

16   under the Speedy Trial Act is excluded from September 8, 2006, through October 13, 2006, pursuant to 18

17   U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the

18   reasonable time to prepare.

19

20   Dated: September 7, 2006                        /s/ Edward J. Garcia
                                                     EDWARD J. GARCIA
21                                                   UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28                                          2