1

2

3

4      UNITED STATES OF AMERICA,                )      No. CR-S-05-477-EJG
                                                )
5                     Plaintiff,                )
                                                )
6            v.                                 )      ORDER CONTINUING STATUS
                                                )      CONFERENCE AND EXCLUDING TIME
7      STEPHON LAMAR WILLIAMS                    )
                                                )
8                     Defendant.                )
                                                )
9      _____         )

10

11          For the reasons set forth in the stipulation of the parties, filed onOctober 11, 2006, IT IS HEREBY

12     ORDERED that the status conference currently scheduled for October 13, 2006, be continued until Friday,

13     December 15, 2006, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a

14     continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT

15     IS HEREBY ORDERED that, for the reasons stated in the parties' October 11, 2006 stipulation, the time

16     under the Speedy Trial Act is excluded from October 13, 2006, through December 15,  2006, pursuant to

17     18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the

18     reasonable time to prepare.

19

20     Dated: October 11, 2006                         /s/ Edward J. Garcia
                                                       EDWARD J. GARCIA
21                                                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

1