DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
STEPHON LAMAR WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-477-EJG |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) ) | |
| STEPHON LAMAR WILLIAMS | ) ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) ) ) | |
| _____ | ) | |

This case is currently scheduled for a sentencing hearing on March 23, 2007. The attorneys for both parties have conferred and agree that additional time is needed to prepare for sentencing including obligations pursuant to the 5K provision of Mr. William's plea agreement.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing currently scheduled in this case for March 23, 2007, be continued until May 18, 2007.

A proposed order is attached and lodged separately for the court's convenience.

DATED: March 21, 2007

          Respectfully submitted,

McGREGOR W. SCOTT                    DANIEL BRODERICK
United States Attorney                    Federal Defender

1

1 | /s/Phillip Ferrari                              /s/ Lexi Negin
  | PHILLIP FERRARI                           LEXI NEGIN
2 | Assistant U.S. Attorney                     Assistant Federal Defender
  | Attorney for United States                 Attorney for STEPHON L. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-477-EJG |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SENTENCING HEARING |
| STEPHON LAMAR WILLIAMS | ) | |
| Defendant. | ) | |
| _____ | ) | |

    For the reasons set forth in the stipulation of the parties, filed on March 21, 2007, IT IS HEREBY ORDERED that the sentencing conference currently scheduled for March 23, 2007, be continued until Friday, May 18, 2007, at 10:00 a.m. IT IS FURTHER ORDERED that Memoranda in Aid of Sentencing are due to the Court on or before May 11, 2007.

Dated: March 21, 2007        /s/ Edward J. Garcia
                                              EDWARD J. GARCIA
                                              UNITED STATES DISTRICT JUDGE