DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
STEPHON LAMAR WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-477-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER TO |
| ) | CONTINUE SENTENCING HEARING |
| v. ) | |
| ) | |
| STEPHON LAMAR WILLIAMS ) | |
| ) | Judge: Hon.Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

     This case is currently scheduled for a sentencing hearing on May 18, 2007.  The attorneys for both parties have conferred and agree that additional time is needed to prepare for sentencing including obligations pursuant to the 5K provision of Mr. William's plea agreement.  In addition, the parties agree to modify the Presentence Investigation Report schedule so that defense counsel may file informal, and then if necessary, formal objections to the Presentence Investigation Report.

     The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing currently scheduled in this case for May 18, 2007, be continued until July 13, 2007.  The parties further agree that informal objections to the Presentence Investigation Report writer are due on June 22, 2007, the final Presentence Investigation Report is due on June 29, 2007, and any formal objections or corrections are due to the Court on July 6, 2007.

1

A proposed order is attached and lodged separately for the court's convenience.

DATED:May 15, 2007

          Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |

| /s/Phillip Ferrari | /s/ Lexi Negin |
|---|---|
| PHILLIP FERRARI | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for STEPHON L. WILLIAMS |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-477-EJG |
| Plaintiff, ) | |
| v. ) | PROPOSED ORDER CONTINUING SENTENCING HEARING |
| STEPHON LAMAR WILLIAMS ) | |
| Defendant. ) | |

    For the reasons set forth in the stipulation of the parties, filed on May 15, 2007, IT IS HEREBY ORDERED that the sentencing conference currently scheduled for May 18, 2007, be continued until Friday, July 13, 2007, at 10:00 a.m.  IT IS FURTHER ORDERED that informal objections to the Presentence Investigation Report writer are due on June 22, 2007, the final Presentence Investigation Report is due on June 29, 2007, and any formal objections or corrections are due to the Court on July 6, 2007.

Dated: May 15, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

2