DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
STEPHON LAMAR WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-477-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | SENTENCING HEARING |
| v. ) | |
| ) | |
| STEPHON LAMAR WILLIAMS ) | |
| ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

   This case is currently scheduled for a sentencing hearing on September 7, 2007.  The attorneys for both parties have conferred and agree that additional time is needed to prepare for sentencing including obligations pursuant to the 5K provision of Mr. William's plea agreement.

   The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing currently scheduled in this case for September 7, 2007, be continued until October 12, 2007.

   A proposed order is attached and lodged separately for the court's convenience.

///

///

1

1  DATED:September 6, 2007

2
                       Respectfully submitted,
3
   McGREGOR W. SCOTT                    DANIEL BRODERICK
4  United States Attorney               Federal Defender

5


6   /s/Anne Pings                        /s/ Lexi Negin
   ANNE PINGS                           LEXI NEGIN
7  Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for STEPHON L. WILLIAMS
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHON LAMAR WILLIAMS<br><br>　　　　　Defendant.<br>_____ | No. CR-S-05-477-EJG<br><br><br>PROPOSED ORDER CONTINUING<br>SENTENCING HEARING |

　　　　For the reasons set forth in the stipulation of the parties, filed onSeptember 6, 2007, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for September 7, 2007, be continued until Friday, October 12, 2007, at 10:00 a.m.  IT IS FURTHER ORDERED that Memoranda in Aid of Sentencing are due to the Court on or before October 5, 2007.


Dated:  September 7, 2007				/s/ Eward J. Garcia
						EDWARD J. GARCIA, JUDGE

2