1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN D.C. Bar # 446153
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   STEPHON LAMAR WILLIAMS
6

7
                   IN THE UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,         )   No. CR-05-477-EJG
11                                   )
                   Plaintiff,        )   STIPULATION AND ORDER TO CONTINUE
12                                   )   SENTENCING HEARING
         v.                          )
13                                   )
   STEPHON LAMAR WILLIAMS            )
14                                   )   Judge: Hon. Edward J. Garcia
                   Defendant.        )
15                                   )
                                     )
16 ─────────────────────────────

17       This case is currently scheduled for a sentencing hearing on October 12, 2007. The attorneys for both parties have conferred and agree that additional time is needed to prepare for sentencing including obligations pursuant to the 5K provision of Mr. William's plea agreement.

         The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing currently scheduled in this case for October 12, 2007, be continued until November 16, 2007.

         A proposed order is attached and lodged separately for the court's convenience.

23 ///
24 ///

                                    1

1  DATED: October 5, 2007

2
                    Respectfully submitted,
3
   McGREGOR W. SCOTT                    DANIEL BRODERICK
4  United States Attorney               Federal Defender

5

6   /s/Anne Pings                        /s/ Lexi Negin
    ANNE PINGS                           LEXI NEGIN
7   Assistant U.S. Attorney              Assistant Federal Defender
    Attorney for United States           Attorney for STEPHON L. WILLIAMS
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHON LAMAR WILLIAMS<br><br>　　　　Defendant. | No. CR-S-05-477-EJG<br><br><br>PROPOSED ORDER CONTINUING<br>SENTENCING HEARING |

　　　For the reasons set forth in the stipulation of the parties, filed on October 5, 2007, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for October 12, 2007, be continued until Friday, November 16, 2007, at 10:00 a.m.

Dated: October 5, 2007

　　　　　　　　　　　　　　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2