IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

                              CR. NO. S 05-0477 EJG

   v.

                              <u>ORDER DIRECTING UNITED STATES</u>

STEPHON WILLIAMS,               <u>TO FILE RESPONSE</u>

        Defendant.

_____/

    Defendant, a federal prisoner proceeding <u>pro se</u>, has filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), based on Guideline Amendment 750 concerning lowered base offense levels for cocaine base.  The United States is directed to file a response to the motion within 30 days from the filing date of this order.  Defendant may file a reply within 30 days after service of the response upon him.  The matter will stand submitted upon receipt of the last brief.

    The Clerk of Court is directed to serve a copy of this order and defendant's motion for sentence reduction on the United States Attorney's Office, and a copy of this order on defendant at his current place of incarceration.

    IT IS SO ORDERED.

Dated: May 4, 2012

                                  <u>/s/ Edward J. Garcia</u>
                                  EDWARD J. GARCIA, JUDGE
                                  UNITED STATES DISTRICT COURT