UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN L. WILLIAMS,<br><br>　　　　Defendant. | No.  S-05-0477 WBS<br><br><br>**ORDER** |

----oo0oo----

　　　　Defendant has filed a Motion Directing the United States Probation Department to Correct PSR Inaccuracies.  Docket No. 90.  The motion is untimely.  The time to object to statements in the Presentence Report was before defendant was sentenced.  See F. R. Cr. P. 32(f)(1).  Defendant was sentenced on December 17, 2007.  The motion comes more than six years too late.

　　　　IT IS THEREFORE ORDERED that defendants motion to

///

///

1

correct the Presentence Report be, and the same hereby is, DENIED.

Dated:  February 5, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE