UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>STEPHON L. WILLIAMS,<br><br>          Defendant. | CR.  NO. 2:05-477 WBS<br><br>ORDER |

----oo0oo----

On February 24, 2014, defendant Stephon L. Williams, a prisoner proceeding <u>pro se</u>, filed a "Motion for Reconsideration Denying Defendants [sic] Previous Motion Directing the United States Probation Department to Correct P.S.R. Inaccuracies." (Docket No. 92.)  The United States shall file an opposition to defendant's motion no later than March 20, 2014.  Defendant may

1

1 | then file a reply no later than March 31, 2014.  The court will
2 | then take the motion under submission and inform the parties if
3 | oral argument or further proceedings are necessary.
4 |         IT IS SO ORDERED.
5 |     Dated:  February 26, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE