UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:CR 05-0477 WBS |
| Plaintiff, | |
| v. | **ORDER** |
| STEPHEN L. WILLIAMS, | |
| Defendant. | |

----oo0oo----

On July 31, 2013, defendant filed a Notice of Appeal from the denial of his request for reduction of sentence. (Docket No. 85.) That appeal is presently pending in the United States Court of Appeals for the Ninth Circuit. Defendant's presently pending Motion for Reconsideration Denying Defendants [sic] Previous Motion Directing the United States Probation Department to Correct P.S.R. Inaccuracies (Docket No 92) was filed on February 24, 2014, while that appeal was pending. This court accordingly lacks jurisdiction over the pending motion. See United States v. Powell, 24 F.3d 28, 31 (9th Cir. 1994).

1

1           IT IS THEREFORE ORDERED that defendant's Motion for
2    Reconsideration (Docket No. 92) be, and the same hereby is,
3    DENIED, pursuant to Rule 37(a)(2) of the Federal Rules of
4    Criminal Procedure.
5    Dated:  April 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE