UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | CR. NO. 2:05-00477 WBS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STEPHON L. WILLIAMS, | |
| Defendant. | |

----oo0oo----

On September 24, 2015, defendant Stephon L. Williams filed a motion to correct a clerical error in the Presentence Report pursuant to Federal Rule of Criminal Procedure 36. (Docket No. 110.) The United States shall file its response to defendant's motion no later than October 26, 2015. Defendant may then file a reply no later than November 9, 2015. The court will

1

1  then take the motion under submission and will inform the parties
2  if oral argument or further proceedings are necessary.
3          IT IS SO ORDERED.
4  Dated:  September 29, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE