UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHON L. WILLIAMS,<br><br>　　　　Defendant. | No.  2:05-CR-0477 WBS<br><br><br>**ORDER** |

----oo0oo----

　　　　The court having considered defendant's Motion for Correction of Clerical Error pursuant to Rule 36 of the Federal Rules of Criminal Procedure, and the government's opposition thereto, it appears that there is no error in defendant's Presentence Report to correct.  The motion (Docket No. 110) is therefore DENIED.

Dated:  December 11, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1