IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:05-cr-00477-WBS |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| STEPHON L. WILLIAMS, | ) | |
| Defendant. | ) | |

The court appointed the Federal Defender to represent the defendant on June 4, 2019. The Federal Defender has determined it should be paneled due to workload. Panel Attorney William Bonham is hereby appointed effective June 10, 2019, the date the Office of the Federal Defender contacted them.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated: June 13, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE