MCGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2752
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-00477-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT DENY HEARING; [~~PROPOSED~~] ORDER |
| v. | |
| STEPHON L. WILLIAMS, | DATE: June 17, 2019<br>TIME: 9 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Admit Deny Hearing in this matter was set for June 17, 2019.

2. By this stipulation, the parties now move to continue the Admit Deny Hearing until June 24, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

1

3. The parties request a continuance to allow defense counsel additional time to conduct investigation into the charges, review documents pertaining to the underlying offense, and to allow the parties to continue to negotiate a resolution.

IT IS SO STIPULATED.

Dated: June 14, 2019                          McGREGOR W. SCOTT
                                              United States Attorney


                                              /s/ ADRIAN T. KINSELLA
                                              ADRIAN T. KINSELLA
                                              Assistant United States Attorney


Dated: June 14, 2019                          /s/ WILLIAM BONHAM
                                              WILLIAM BONHAM
                                              Counsel for Defendant
                                              STEPHON L. WILLIAMS


**ORDER**

IT IS ORDERED.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE