William E. Bonham
Attorney at law
Old Sacramento
916 Second Street
Sacramento, CA

Attorneys for STEPHON L. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>STEPHON L. WILLIAMS,<br><br>                Defendant. | CASE NO. 2.2:05-CR-00477-WBS<br><br>STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING; [~~PROPOSED~~] ORDER<br><br>DATE: June 24, 2019<br>TIME: 9 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Admit Deny Hearing in this matter was set for June 24, 2019.

2. By this stipulation, the parties now move to continue the Disposition Hearing until July 1, 2019.

/ / /

/ / /

/ / /

/ / /

3. The parties request a continuance to allow defense counsel additional time to conduct investigation into the charges, review documents pertaining to the underlying offense, and to allow the parties to continue to negotiate a resolution.

1

IT IS SO STIPULATED.

Dated: June 21, 2019 McGREGOR W. SCOTT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: June 21, 2019 /s/ WILLIAM BONHAM
WILLIAM BONHAM
Counsel for Defendant
STEPHON L. WILLIAMS

**ORDER**

IT IS HEREBY ORDERED that the Admit/Deny Hearing previously set for June 24, 2019, at 9:00 a.m. is CONTINUED to July 1, 2019, at 9:00 a.m.

Dated: June 21, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE