1 McGREGOR W. SCOTT
United States Attorney
2 ADRIAN T. KINSELLA
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2752
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-00477-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT DENY HEARING; [~~PROPOSED~~] ORDER |
| v. | DATE: July 1, 2019 |
| STEPHON L. WILLIAMS, | TIME: 9 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Admit Deny Hearing in this matter was set for July 1, 2019.

2. By this stipulation, the parties now move to continue the Admit Deny Hearing until July 8, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

1

3. The parties request a continuance to allow defense counsel additional time to continue his investigation and witness interviews, and to allow the parties to continue to negotiate a resolution.

IT IS SO STIPULATED.

Dated: June 27, 2019								McGREGOR W. SCOTT
												United States Attorney

												/s/ ADRIAN T. KINSELLA
												ADRIAN T. KINSELLA
												Assistant United States Attorney

Dated: June 27, 2019								/s/ WILLIAM BONHAM
												WILLIAM BONHAM
												Counsel for Defendant
												STEPHON L. WILLIAMS

**ORDER**

IT IS ORDERED.

Dated: June 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE