| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ADRIAN T. KINSELLA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2752<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHON L. WILLIAMS,<br><br>Defendant. | CASE NO. 2:05-CR-00477-WBS<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT DENY HEARING; [PROPOSED] ORDER<br><br>DATE: July 8, 2019<br>TIME: 9 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Admit Deny Hearing in this matter was set for July 8, 2019.

2. By this stipulation, the parties now move to continue the Admit Deny Hearing until July 15, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

1

3. The parties request a continuance to allow defense counsel additional time to continue his investigation and witness interviews, and to allow the parties to continue to negotiate a resolution.

IT IS SO STIPULATED.

Dated: July 3, 2019  McGREGOR W. SCOTT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: July 3, 2019  /s/ WILLIAM BONHAM
WILLIAM BONHAM
Counsel for Defendant
STEPHON L. WILLIAMS

**ORDER**

IT IS HEREBY ORDERED that the Admit Deny Hearing previously set for July 8, 2019, at 9 a.m. is CONTINUED to July 15, 2019, at 9:00 a.m.

Dated: July 3, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE