William E. Bonham
Attorney at law
Old Sacramento
916 Second Street, Suite A
Sacramento, CA 95814

Attorneys for STEPHON L. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>STEPHON L. WILLIAMS,<br><br>                Defendant. | CASE NO. 2:05-CR-00477-WBS<br><br>STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING; [~~PROPOSED~~] ORDER<br><br>DATE: July 15, 2019<br>TIME: 9 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Admit Deny Hearing in this matter was set for July 15, 2019.

2. By this stipulation, the parties now move to continue the Disposition Hearing until July 22, 2019.

/ / /

/ / /

/ / /

/ / /

///

///

1

3. The parties request a continuance to allow defense counsel additional time to conduct investigation into the charges, review documents pertaining to the underlying offense, and to allow the parties to continue to negotiate a resolution.

IT IS SO STIPULATED.

Dated: July 11, 2019
McGREGOR W. SCOTT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: July 11, 2019
/s/ WILLIAM BONHAM
WILLIAM BONHAM
Counsel for Defendant
STEPHON L. WILLIAMS

**ORDER**

IT IS ORDERED that the Disposition Hearing previously set for July 15, 2019, at 9 a.m. is CONTINUED to July 22, 2019, at 9:00 a.m.

Dated: July 11, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE