UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 2 2 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-05-0477- WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| **STEPHON L. WILLIAMS,** ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **Stephon L. Williams** Case 2:05-cr-00477 WBS from custody for the following reasons:

    **X**    **Release on Personal Recognizance**

    __    Bail Posted in the Sum of _____

    __    Unsecured bond

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    __    (Other)_____

Issued at Sacramento, CA on July 22, 2019 at 9:35 a.m.

By /s/ William B. Shubb
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing